(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
| --- | --- | --- |
| | _NORTHERN_ District of _ILLINOIS_ | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| --- | --- |
| **Krenzelak, George K.** | **Krenzelak, Cindy S.** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): **NONE** |
| --- | --- |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all) **1045** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all) **1833** |
| --- | --- |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **14024 Charleston Drive** **Orland Park IL   60462** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **14024 Charleston Dr.** **Olrand Park IL   60462** |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business:   **Cook** |
| Mailing Address of Debtor (if different from street address): **SAME** | Mailing Address of Joint Debtor (if different from street address): **SAME** |

| Location of Principal Assets of Business Debtor (If different from street address above): **NOT APPLICABLE** |
| --- |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
| --- | --- |
| ☒ Consumer/Non-Business   ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**   (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
*George K. Krenzelak and
Cindy S. Krenzelak*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ George K. Krenzelak*
Signature of Debtor

**X** */s/ Cindy S. Krenzelak*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Horace Fox, Jr.*
Signature of Attorney for Debtor(s)

*Horace Fox, Jr. 0856282*
Printed Name of Attorney for Debtor(s)

*Lehman and Fox*
Firm Name

*6 East Monroe*
Address

*Suite 1004*

*Chicago IL  60603*

*312.332.4499*
Telephone Number                          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Horace Fox, Jr.*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *George K. Krenzelak*
　　　　*and*
*Cindy S. Krenzelak*

Case No.

Chapter  7

_____ / Debtor

Attorney for Debtor:  *Horace Fox, Jr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*1,750.00*____
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____*1,750.00*____
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*____

3.  $_____*209.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                                         Respectfully submitted,


X */s/ Horace Fox, Jr.* _____
Attorney for Petitioner: *Horace Fox, Jr.*
                         *Lehman and Fox*
                         *6 East Monroe*
                         *Suite 1004*
                         *Chicago IL   60603*

FORM B6A (6/90) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_____/ Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| residence 14024 Charleston Dr. Orland Patrk IL first mortgage currents | | J | $ 325,000.00 | $ 278,686.00 |
| | | | | |

**TOTAL $**    | 325,000.00

**(Report also on Summary of Schedules.)**

No continuation sheets attached

In re _George K. Krenzelak and Cindy S. Krenzelak_ _____ / Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Marquette Bank checking: 1600.00 Location: In debtor's possession | J | $ 1,600.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS, USUAL Location: In debtor's possession | J | $ 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING, USUAL Location: In debtor's possession | J | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA, Mr. Krenzlak has and IRA in the amount of $3861.00 Location: In debtor's possession | J | $ 3,861.00 |
| | | Ira  Mrs. Krenzlak has two ira's One of $1555.00 and another of 3570.00 Location: In debtor's possession | J | $ 5,125.00 |

In re _George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ira<br>Location: In debtor's possession | J | $ 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | class action suit v. makers o diet drug<br>Location: In debtor's possession | J | Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | 1997 Dodge Avenger, debtor co signed, son pays and drives this car<br>Location: In debtor's possession | H | $ 1,000.00 |
| | | 2000 Dodge Dakota Quad Cab, NO LIEN<br>Location: In debtor's possession | J | $ 10,000.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2003 Toyota Matrix XR, george is the co borrower, care being paid for by daugther, who drives it* Location: In debtor's possession | J | $ 13,000.00 |
| | | *Dodge Caravan  1998* Location: In debtor's possession | J | $ 1,200.00 |
| | | *Recreational vehicle, 1997 Skyline Nomad , FMV 9800.00 no lien SURRENDERING* Location: In debtor's possession | J | $ 9,800.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➡    $ 48,086.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (6/90) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor     Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| residence 14024 Charleston Dr. Orland Patrk IL | 735 ILCS 5/12-901 | $ 15,000.00 | $ 325,000.00 |
| Marquette Bank | 735 ILCS 5/12-1001(b) | $ 1,000.00 | $ 1,600.00 |
| HOUSEHOLD GOODS | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| CLOTHING | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| IRA | 735 ILCS 5/12-1006 | $ 3,861.00 | $ 3,861.00 |
| IRA | 735 ILCS 5/12-1006 | $ 5,125.00 | $ 5,125.00 |
| ira | 735 ILCS 5/12-1006 | $ 7,861.00 | $ 0.00 |
| class action | 735 ILCS 5/12-1001(h)(4) | $ 0.00 | Unknown |
| 1997 Dodge Avenger | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 1,000.00 |
| 2000 Dodge Dakota Quad Cab | 735 ILCS 5/12-1001(c) | $ 2,400.00 | $ 10,000.00 |
| 2003 Toyota Matrix XR | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 13,000.00 |
| Dodge Caravan  1998m 90,000 mi | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 1,200.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor      Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *3004*<br><br>*Creditor # : 1*<br>*Citfinancial*<br>*POB 8020*<br>*South Hackensack NJ 076068020* | *J* | *1997*<br>   *recreational vehicle, 1998*<br><br><br>Value: *$ 0.00* | | | | *$ 10,812.84* | *$ 10,812.84* |
| Account No:<br><br>*Creditor # : 2*<br>*First Star*<br>*6120 S Sayer Ave*<br>*Chicago IL 60638-3912* | | *loan*<br><br><br>Value: *$ 0.00* | | | | *$ 50,000.00* | *$ 50,000.00* |
| Account No: *1655*<br><br>*Creditor # : 3*<br>*Impac % Countrywide Home Loans*<br>*650070*<br>*Dallas TX 75265-0070* | *J* | *2004*<br>*1st mortgage*<br><br><br>Value: *$ 325,000.00* | | | | *$ 278,686.00* | *$ 0.00* |
| Account No: *1655*<br><br>*Representing:*<br>*Impac % Countrywide Home Loans* | | *Pierce & Associates*<br>*One North Dearborn  #1300*<br>*Chgo IL 60603*<br><br>Value: | | | | | |

No continuation sheets attached

Subtotal $  *339,498.84*
(Total of this page)
Total $  *339,498.84*
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (4/04) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor        Case No._____
                                                                                              (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re  George K. Krenzelak and Cindy S. Krenzelak _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Accurate Wire & Insurance | J | Other | | | | $ 205,155.00 |
| Account No:<br>Creditor # : 2<br>Allfoam Industries | J | Other | | | | $ 2,000.00 |
| Account No:    1004<br>Creditor # : 3<br>American Express<br>PO Box 360002<br>Ft Lauderdale FL 3336-0002 | J | Credit Card Purchases | | | | $ 24,586.00 |
| Account No:    1002<br>Creditor # : 4<br>American Express<br>pob 360002<br>Ft Lauderdale FL 33336-0002 | J | Credit Card Purchases | | | | $ 14,796.00 |

_11_ continuation sheets attached

Subtotal $    246,537.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re George K. Krenzelak and Cindy S. Krenzelak _____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    2000 | J | | | | | | $ 14,273.00 |
| Creditor # : 5 American Express pob 360002 Ft Lauderdale FL 33336-0002 | | Credit Card Purchases | | | | | |
| Account No:    -001 | J | | | | | | $ 95.00 |
| Creditor # : 6 AT&T Bankruptcy Dept/Linda Adams 6021 S Rio Grande Ave 1st flr Orlando, FL 32859 | | Credit Card Purchases | | | | | |
| Account No: | J | | | | | | $ 395.00 |
| Creditor # : 7 Audio Amature Publi | | | | | | | |
| Account No:    4677 | J | | | | | | $ 12,493.00 |
| Creditor # : 8 Bank One line of Credit POB 15153 Wilmington  DE 19886-5153 | | Credit Card Purchases | | | | | |
| Account No:    1768 | J | | | | | | $ 7,801.00 |
| Creditor # : 9 Bank One line of Credit POB 15153 Wilmington  DE 19886-5153 | | Credit Card Purchases | | | | | |
| Account No:    6172 | J | | | | | | $ 10,235.00 |
| Creditor # : 10 Bank One line of Credit POB 15153 Wilmington  DE 19886-5153 | | Credit Card Purchases | | | | | |

Sheet No.   1  of   11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         45,292.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: 5051 <br> Creditor # : 11 <br> Best Buy <br> POB 17298 <br> Baltimore MD 21297 | J | | Credit Card Purchases | | | | $ 5,429.00 |
| Account No: 2118 <br> Creditor # : 12 <br> Brylane Home <br> PO Box 659728 <br> San Antonio TX 78265 | J | | Credit Card Purchases | | | | $ 613.00 |
| Account No: 2030 <br> Creditor # : 13 <br> Capital One <br> PO BOX 790216 <br> St Louis MO 63179 | J | | Credit Card Purchases | | | | $ 300.00 |
| Account No: 1571 <br> Creditor # : 14 <br> Capital One <br> PO BOX 790216 <br> St Louis MO 63179 | J | | Credit Card Purchases | | | | $ 7,852.00 |
| Account No: 4677 <br> Creditor # : 15 <br> Bank One <br> PO Box 15153 <br> Wilmington DE 19886-5153 | J | | Credit Card Purchases | | | | $ 12,493.00 |
| Account No: 2932 <br> Creditor # : 16 <br> Cardmember Services <br> PO Box 50882 <br> Henderson NV 89016-0882 | J | | Credit Card Purchases | | | | $ 6,221.00 |

Sheet No. 2 of 11 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     32,908.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re George K. Krenzelak and Cindy S. Krenzelak _____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** 0571<br>*Creditor # : 17<br>Carson Pirie Scott<br>PO Box 17633<br>Baltimore MD 21297* | | J | *Credit Card Purchases* | | | | $ 390.00 |
| **Account No:** 3502<br>*Creditor # : 18<br>Catherines<br>Processing Center<br>Des Moines  IA 50364* | | J | *Credit Card Purchases* | | | | $ 404.00 |
| **Account No:** 1587<br>*Creditor # : 19<br>Chadwick's<br>PO Box 659728<br>San Antonio  TX  78265* | | J | *Credit Card Purchases* | | | | $ 379.00 |
| **Account No:** 2842<br>*Creditor # : 20<br>Chase Card Member<br>PO Box 94011<br>Palatine IL 30156* | | J | *Credit Card Purchases* | | | | $ 6,452.00 |
| **Account No:** 9217<br>*Creditor # : 21<br>Citi Cards<br>PO Box 688910<br>Des Moines  IA 50368* | | J | *Credit Card Purchases* | | | | $ 9,755.00 |
| **Account No:** 3004<br>*Creditor # : 22<br>Citifinancial<br>PO Box 8020<br>South Hackensack NJ 07606-8019* | | J | *Loan* | | | | $ 462.00 |

Sheet No. 3 of 11 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     17,842.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re George K. Krenzelak and Cindy S. Krenzelak _____ / Debtor      Case No._____

<span style="text-align:right">(if known)</span>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 23 <br> Citiwaste, Inc | J | Other | | | | $ 120.00 |
| Account No: <br> Creditor # : 24 <br> ComEd <br> PO Box 87522 <br> Chicago IL 60680-1292 | J | Utility Bills | | | | $ 295.00 |
| Account No:    0481 <br> Creditor # : 25 <br> Darvin Furniture <br> Retail Services <br> PO Box 17602 <br> Baltimore  MD 21297 | J | Credit Card Purchases | | | | $ 3,715.00 |
| Account No:    3407 <br> Creditor # : 26 <br> Direct Merchants Bank <br> POB  21550 <br> Tulsa OK 74121 | J | Credit Card Purchases | | | | $ 12,208.00 |
| Account No:    0415 <br> Creditor # : 27 <br> Discover <br> PO Box 30395 <br> Salt Lake City UT 84130 | J | Credit Card Purchases | | | | $ 9,943.00 |
| Account No: <br> Creditor # : 28 <br> Electrolock | J | Other | | | | $ 420.00 |

Sheet No.   4  of   11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   26,701.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  _George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor     Case No._____
                                                                                                (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   7096<br>Creditor # : 29<br>EXpress<br>PO Box 659728<br>San Antonio TX 78265 | J | | Credit Card Purchases | | | | $ 1,676.00 |
| Account No:   6790<br>Creditor # : 30<br>First Consumer National Bank<br>PO Box 2638<br>Omaha NE 68103 | J | | Credit Card Purchases | | | | $ 2,067.00 |
| Account No:   3994<br>Creditor # : 31<br>GE Money Bank<br>PO Box 960061<br>Orlando  FL 32896-0023 | J | | Credit Card Purchases | | | | $ 1,461.00 |
| Account No:   2726<br>Creditor # : 32<br>HFC<br>PO box 17574<br>Baltimore  MD 21297 | J | | Credit Card Purchases | | | | $ 11,315.00 |
| Account No:   0294<br>Creditor # : 33<br>Home Depot<br>PO Box 105980 Dept 51<br>Atlanta GA 30353-5980 | J | | Credit Card Purchases | | | | $ 653.00 |
| Account No:   5362<br>Creditor # : 34<br>Home shopping network<br>PO Box 530993<br>Atlanta GA 30353-0260 | J | | Credit Card Purchases | | | | $ 1,833.00 |

Sheet No.   5  of    11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          19,005.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor     Case No._____
                                                                                           (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | d i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    9391<br><br>Creditor # : 35<br>JC Penney<br>Po Box 530945<br>Atlanta GA 30335-0945 | J | | Credit Card Purchases | | | | $ 4,843.00 |
| Account No:    /111<br><br>Creditor # : 36<br>Jessup Manufacturing | J | | Other | | | | $ 328.00 |
| Account No:    3950<br><br>Creditor # : 37<br>Jessup Manufacturing | J | | Other | | | | $ 501.00 |
| Account No:    4686<br><br>Creditor # : 38<br>Kaneka High School | J | | Other | | | | $ 4,513.00 |
| Account No:    0500<br><br>Creditor # : 39<br>Kanthal | J | | Credit Card Purchases | | | | $ 700.00 |
| Account No:    2517<br><br>Creditor # : 40<br>Lane Brayant<br>PO Box 659728<br>San Antonio TX 78265 | J | | Credit Card Purchases | | | | $ 1,495.00 |

Sheet No.    6   of    11   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          12,380.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  George K. Krenzelak and Cindy S. Krenzelak_____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | d i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: e220 <br> Creditor # : 41 <br> M&M BOX Partition | J | Other | | | | | $ 147.00 |
| Account No: 8421 <br> Creditor # : 42 <br> Marshall Fields Credit/741 <br> c/o Dayton Hudson Guest Credit <br> Mail Stop 3C-K 3701 Wayzata Bl <br> Minneapolis, MN 55416 | J | Credit Card Purchases | | | | | $ 3,047.00 |
| Account No: 2726 <br> Creditor # : 43 <br> Marshall Fields Credit/741 <br> PO Box 59231 <br> Minneapolis MN 55459-0231 | J | Credit Card Purchases | | | | | $ 11,315.00 |
| Account No: 0814 <br> Creditor # : 44 <br> Merrick Bank <br> PO Box 5721 <br> Hicksville NY 11802-5721 | J | Credit Card Purchases | | | | | $ 2,877.00 |
| Account No: 0412 <br> Creditor # : 45 <br> Minolta Buisness | J | Credit Card Purchases | | | | | $ 644.00 |
| Account No: 5981 <br> Creditor # : 46 <br> Nautilus <br> Retail Services <br> PO Box 17602 <br> Baltimore  mD | J | Credit Card Purchases | | | | | $ 936.00 |

Sheet No.  7  of  11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    18,966.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  George K. Krenzelak and Cindy S. Krenzelak _____ / Debtor    Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8709<br>Creditor # : 47<br>New Port News<br>Card processing center<br>PO box 5811<br>Hicksville  HY 11802 | | J | Credit Card Purchases | | | | $ 3,661.00 |
| Account No:    7696<br>Creditor # : 48<br>New York & Co.<br>PO Box 659728<br>San Antonio TX 78265-9558 | | J | Credit Card Purchases | | | | $ 121.00 |
| Account No:<br>Creditor # : 49<br>NICOR<br>Attn:    BK and Collections<br>PO Box 549<br>Aurora IL 60507 | | J | Utility Bills | | | | $ 700.00 |
| Account No:    9755<br>Creditor # : 50<br>Old Navy<br>PO Box 530942<br>Atlanta  GA  30353-0260 | | J | Credit Card Purchases | | | | $ 238.00 |
| Account No:    1662<br>Creditor # : 51<br>Peoples Energy<br>130 E. Randolph Dr.<br>Attn: Special Projects<br>Chicago, IL 60601-9404 | | J | Utility Bills | | | | $ 418.00 |
| Account No:    1714<br>Creditor # : 52<br>Quin T Corporation | | J | Other | | | | $ 1,727.00 |

Sheet No.   8  of   11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    6,865.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** *1333*<br>*Creditor # : 53*<br>*Roaman's*<br>*PO 659728*<br>*San Antonio TX 78265* | | *J* | *Credit Card Purchases* | | | | *$ 602.00* |
| **Account No:** *4501*<br>*Creditor # : 54*<br>*Sallie Mae*<br>*POB  4600*<br>*Wilkes Barre PA 18773-4600* | | *J* | *Student Loan* | | | | *$ 25,058.00* |
| **Account No:** *7911*<br>*Creditor # : 55*<br>*Sams Club*<br>*Po Box 530942*<br>*Atlanta  GA 30353-0260* | | *J* | *Credit Card Purchases* | | | | *$ 208.00* |
| **Account No:**<br>*Creditor # : 56*<br>*Sander & Schaul* | | *J* | | | | | *$ 4,850.00* |
| **Account No:**<br>*Creditor # : 57*<br>*SBC Internet Services* | | *J* | *Credit Card Purchases* | | | | *$ 575.00* |
| **Account No:** *1252*<br>*Creditor # : 58*<br>*Sears*<br>*POB  182149*<br>*Columbus OH 43218-2149* | | *J* | *Credit Card Purchases* | | | | *$ 5,666.00* |

Sheet No. _9_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal** $ _36,959.00_
(Total of this page)

**Total** $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  George K. Krenzelak and Cindy S. Krenzelak                    / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | d i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    3-IN | J | | | | | | $ 691.00 |
| Creditor # : 59 StAff Right | | Other | | | | | |
| Account No:    3275 | J | | | | | | $ 4,630.00 |
| Creditor # : 60 Target National Bank PO Box 59317 Minneapois MN 55459-0317 | | Credit Card Purchases | | | | | |
| Account No:    4490 | J | | | | | | $ 80.00 |
| Creditor # : 61 Target National Bank PO Box 59317 Minneapois MN 55459-0317 | | Credit Card Purchases | | | | | |
| Account No:    5133 | J | | | | | | $ 9,857.00 |
| Creditor # : 62 The CIT Group/ Sales Financing 715 S. Metropolitan Ave PO Box 24330 Oklahoma OK 73124 | | Other | | | | | |
| Account No:    0294 | J | | | | | | $ 653.00 |
| Creditor # : 63 The Home Depot Processing Center Des Moines IA 50364 | | Credit Card Purchases | | | | | |
| Account No:    4540 | J | | | | | | $ 376.00 |
| Creditor # : 64 Uline | | Other | | | | | |

Sheet No. 10 of 11 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     16,287.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re George K. Krenzelak and Cindy S. Krenzelak _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  2932 | J | | | | | $ 6,221.00 |
| Creditor # : 65 United Milage Plus Cardmember Service PO Box 15153 Wilmington  DE  19886 | | Credit Card Purchases | | | | |
| Account No:  7635 | J | | | | | $ 91.00 |
| Creditor # : 66 Verizon Wireless PO Box 790406 St. Louis MO 63179-0406 | | Credit Card Purchases | | | | |
| Account No:  0370 | J | | | | | $ 536.00 |
| Creditor # : 67 Victorias Secret POB  659728 San Antonio TX 78286-9728 | | Credit Card Purchases | | | | |
| Account No:  1338 | J | | | | | $ 751.00 |
| Creditor # : 68 Value City PO Box 659704 San Antonio TX 78265-9558 | | Credit Card Purchases | | | | |
| Account No:  1585 | J | | | | | $ 43.00 |
| Creditor # : 69 Worldwide Express | | Other | | | | |
| Account No: | | | | | | |

Sheet No.  11  of  11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 7,642.00 |
| Total $ (Report total also on Summary of Schedules) | 487,384.00 |

FORM B6G (10/89) West Group, Rochester, NY

In re *George K. Krenzelak and Cindy S. Krenzelak* _____ / Debtor    Case No. _____
                                                                                         (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Mika Mgmt*<br>*POB 2192*<br>*Darien IL  60561* | Contract Type: *Commercial lease*<br>Terms: *2.1.04 to 6.01.06 at $2583.33 per month*<br>Beginning date:<br>Debtor's Interest:<br>Description: *commercial lease of space for Krenz Electronics Inc, personally guaranteed*<br>Buyout Option: |
| *MINOLTA BUSINES SYSTEMS*<br>*8200 W.  185th Suite A*<br>*Tinley Park IL  60477* | Contract Type: *equipment lease*<br>Terms: *.*<br>Beginning date: *7/26/2002*<br>Debtor's Interest:<br>Description: *copier and printer*<br>Buyout Option: |
| *SBC*<br>*1701 Alma Drive*<br>*Plano TX  75075* | Contract Type: *Commercial lease*<br>Terms: *$550 MO 36 MOS*<br>Beginning date: *1/20/2004*<br>Debtor's Interest:<br>Description: *INTERNET SERVICES*<br>Buyout Option: *.* |

FORM B6H (6/90) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_ _____ / Debtor    Case No. _____

                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re **George K. Krenzelak and Cindy S. Krenzelak**  _____/ Debtor   Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: **_Married_** | RELATIONSHIP **_son_** | | AGE **_28_** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **_Self employed, uneemployed 4.2_** | |
| Name of Employer | **_Krenz Electronics_** | |
| How Long Employed | **_since 1972, 33 years_** | |
| Address of Employer | **_1306 Enterprise Drive_** **_Romeoville  IL    60446_** | |

| Income: (Estimate of average monthly income) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | _0.00_ | $ | _0.00_ |
| Estimated Monthly Overtime | $ | _0.00_ | $ | _0.00_ |
| SUBTOTAL | $ | _0.00_ | $ | _0.00_ |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | _0.00_ | $ | _0.00_ |
| b. Insurance | $ | _0.00_ | $ | _0.00_ |
| c. Union Dues | $ | _0.00_ | $ | _0.00_ |
| d. Other  (Specify): | $ | _0.00_ | $ | _0.00_ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _0.00_ | $ | _0.00_ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | _0.00_ | $ | _0.00_ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ | _0.00_ |
| Income from Real Property | $ | _0.00_ | $ | _0.00_ |
| Interest and dividends | $ | _0.00_ | $ | _0.00_ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ | _0.00_ |
| Social Security or other government assistance Specify: | $ | _0.00_ | $ | _0.00_ |
| Pension or retirement income | $ | _0.00_ | $ | _0.00_ |
| Other monthly income Specify: | $ | _0.00_ | $ | _0.00_ |
| TOTAL MONTHLY INCOME | $ | _0.00_ | $ | _0.00_ |
| TOTAL COMBINED MONTHLY INCOME       $        _0.00_ | | | | |
| (Report also on Summary of Schedules) | | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_ _____ / Debtor        Case No. _____
                                                                                                      (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,688.45 |
| Are real estate taxes included?   Yes ☒   No ☐ | | |
| Is property insurance included?   Yes ☒   No ☐ | | |
| Utilities: Electricity and heating fuel | $ | 225.00 |
| Water and sewer | $ | 60.00 |
| Telephone | $ | 120.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 350.00 |
| Clothing | $ | 60.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 15.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:   _rv rent_ | $ | 260.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES   (Report also on Summary of Schedules) | $ | 4,043.45 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *George K. Krenzelak and Cindy S. Krenzelak*

Case No.

Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $    325,000.00 | | |
| B-Personal Property | *Yes* | *3* | $    48,086.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    339,498.84 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $    0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *12* | | $    487,384.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    0.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $    4,043.45 |
| Total Number of Sheets in All Schedules ▶ | | *23* | | | |
| Total Assets ▶ | | | $    373,086.00 | | |
| Total Liabilities ▶ | | | | $    826,882.84 | |

FORM B6 (6/90) West Group, Rochester, NY

In re _George K. Krenzelak and Cindy S. Krenzelak_____/ Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          Signature _/s/ George K. Krenzelak_____
                                                              _George K. Krenzelak_

Date: _____          Signature _/s/ Cindy S. Krenzelak_____
                                                              _Cindy S. Krenzelak_

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George K. Krenzelak*
    *and*
    *Cindy S. Krenzelak*

Case No.

Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year to date:22809.00* | *Krence Electronics, outsourcing killed this business,* |
| *Last Year:163880.00* | *outsourced from China* |
| *Year before:163000.00* | |

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Impac % Countrywide Home Loans* *Address:* | *1.1, 2.2.* *3.3* *05* | *2688.45* | *278686* |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *IVA Artists Mgmt/ Pursuit Entertainment v. Cindy,Geo and SaraBeth Krenzelak* | *breach of contract* | *Appellate Ct of Illinois* | *pending* |
| *01- L 014673* | *phen-fen suit heart valve damage* | *State of New Jersey* | *pending* |
| *Geo Krenzelak v. Wyeth* | | | |
| *plaintiffs atty Harrington and DiAngelo of New Jeresey* | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Beth A. Lehman*<br>*Address:*<br>*6 East Monroe*<br>*Suite 1004*<br>*Chicago, IL 60603* | *Date of Payment:*<br>*Payor: George K. Krenzelak* | *$1,000.00* |

---

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Krenze Electronics Inc*<br>*Address: 1306 Enterprise Dr*<br>*Romeoville IL  60446*<br>*Relationship: 97% owner share of Krenz elecronics Inc.* | *2004* | *Property: transfer form IRA to Corp.*<br>*Value:$ 10000.* |
| *Transferee:Krenz Electronics*<br>*Address:*<br>*Relationship:* | *1.7.05* | *Property:10000.00 from proceeds of 12.04 refi of residence*<br>*Value: $10000.00* |
| *Transferee:Krenz Electronics Inc.*<br>*Address:*<br>*Relationship:* | *12.29.04* | *Property:$16485.65 Arnie Flank for legal work on IVS Artists Mgmt suit, see above*<br>*Value:16485.65* |

QUESTION 10 CONTINUED ...

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:Krenz* *Address:* *Relationship:97% onwer of shares* *of stock* | *1.24.05* | *Property:10,000.00 to buy 2000 Dodge Dakota* *Quad Truck* *Value: truck valued at $10000.00* |
| *Transferee:Krentz* *Address:* *Relationship:* | *2.2.05* | *Property:3000.00 for rent* *Value:* |
| *Transferee:Krenz* *Address:* *Relationship:* | *2.3.05* | *Property:5200.00 pay business bills* *Value:* |
| *Universal Finance Co. in* *Pennsylvani* | *1.25.05* | *7785.00 invention product development, drink* *cooling invention* *possible patent* |

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature  */s/ George K. Krenzelak* _____
                                             *George K. Krenzelak*

Date _____    Signature  */s/ Cindy S. Krenzelak* _____
                                             *Cindy S. Krenzelak*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *George K. Krenzelak and Cindy S. Krenzelak*

Case No.

Chapter **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

**1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

### a.  Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

### b.  Property to Be Retained.

[Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _____

Debtor: */s/ George K. Krenzelak* _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *George K. Krenzelak and Cindy S. Krenzelak*

Case No.

Chapter   **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.   Property to Be Retained.**                                    [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _____        Debtor: */s/ Cindy S. Krenzelak* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George K. Krenzelak and Cindy S. Krenzelak*

Case No.
Chapter   **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.   Property to Be Retained.**                                    [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *residence 14024 Charleston Dr. Orland Patrk IL* | *Impac % Countrywide Home Loans* | **X** | | |

### Signature of Debtor(s)

Date: _____        Debtor: */s/ George K. Krenzelak* _____

Date: _____        Joint Debtor: */s/ Cindy S. Krenzelak* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George K. Krenzelak*
    *and*
    *Cindy S. Krenzelak*

Case No.
Chapter   7

_____ / Debtor

Attorney for Debtor:   *Horace Fox, Jr.*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

       The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ George K. Krenzelak* _____
Debtor

*/s/ Cindy S. Krenzelak* _____
Joint Debtor

Accurate Wheel Industries

Allfoam Industries

American Express
Acct#: 1004
PO Box 360002
Ft Lauderdale, FL  3336-0002

American Express
Acct#: 1002
pob 360002
Ft Lauderdale, FL  33336-0002

American Express
Acct#: 2000
pob 360002
Ft Lauderdale, FL  33336-0002

AT&T
Acct#: -001
Bankruptcy Dept/Linda Adams
6021 S Rio Grande Ave 1st flr
Orlando,, FL  32859

Audio Amature Publi

Bank One line of Credit
Acct#: 4677
POB 15153
Wilmington , DE  19886-5153

Bank One line of Credit
Acct#: 6172
POB 15153
Wilmington , DE  19886-5153

Bank One line of Credit
Acct#: 1768
POB 15153
Wilmington , DE  19886-5153

Best Buy
Acct#: 5051
POB  17298
Baltimore, MD  21297

Brylane Home
Acct#: 2118
PO Box 659728
San Antonio, TX  78265

Capital One
Acct#: 1571
PO BOX 790216
St Louis, MO  63179

Capital One
Acct#: 2030
PO BOX 790216
St Louis, MO  63179

Bank One
Acct#: 4677
PO Box 15153
Wilmington, DE  19886-5153

Cardmember Services
Acct#: 2932
PO Box 50882
Henderson, NV  89016-0882

Carson Pirie Scott
Acct#: 0571
PO Box 17633
Baltimore, MD  21297

Catherines
Acct#: 3502
Processing Center
Des Moines , IA  50364

Chadwick's
Acct#: 1587
PO Box 659728
San Antonio , TX    78265

Chase Card Member
Acct#: 2842
PO Box 94011
Palatine, IL   30156

Citfinancial
Acct#: 3004
POB 8020
South Hackensack, NJ  076068020

Citi Cards
Acct#: 9217
PO Box 688910
Des Moines , IA  50368

Citifinancial
Acct#: 3004
PO Box 8020
South Hackensack, NJ  07606-8019

Citiwaste, Inc

ComEd
PO Box 87522
Chicago, IL  60680-1292

Darvin Furniture
Acct#: 0481
Retail Services
PO Box 17602
Baltimore , MD  21297

Direct Merchants Bank
Acct#: 3407
POB  21550
Tulsa, OK  74121

Discover
Acct#: 0415
PO Box 30395
Salt Lake City, UT  84130

Electrolock

EXpress
Acct#: 7096
PO Box 659728
San Antonio, TX  78265

First Consumer National Bank
Acct#: 6790
PO Box 2638
Omaha, NE  68103

First Star
6120 S Sayer Ave
Chicago, IL  60638-3912

GE Money Bank
Acct#: 3994
PO Box 960061
Orlando , FL  32896-0023

HFC
Acct#: 2726
PO box 17574
Baltimore , MD  21297

Home Depot
Acct#: 0294
PO Box 105980 Dept 51
Atlanta, GA  30353-5980

Home shopping network
Acct#: 5362
PO Box 530993
Atlanta, GA  30353-0260

Impac % Countrywide Home Loans
Acct#: 1655
650070
Dallas, TX  75265-0070

JC Penney
Acct#: 9391
Po Box 530945
Atlanta, GA  30335-0945

Jessup Manufacturing
Acct#: /111

Jessup Manufacturing
Acct#: 3950

Kaneka High School
Acct#: 4686

Kanthal
Acct#: 0500

Lane Brayant
Acct#: 2517
PO Box 659728
San Antonio, TX  78265

M&M BOX Partition
Acct#: e220

Marshall Fields Credit/741
Acct#: 8421
c/o Dayton Hudson Guest Credit
Mail Stop 3C-K 3701 Wayzata Bl
Minneapolis,, MN  55416

Marshall Fields Credit/741
Acct#: 2726
PO Box 59231
Minneapolis, MN  55459-0231

Merrick Bank
Acct#: 0814
PO Box 5721
Hicksville, NY  11802-5721

Minolta Buisness
Acct#: 0412

Nautilus
Acct#: 5981
Retail Services
PO Box 17602
Baltimore   mD

New Port News
Acct#: 8709
Card processing center
PO box 5811
Hicksville , HY  11802

New York & Co.
Acct#: 7696
PO Box 659728
San Antonio, TX  78265-9558

NICOR
Attn:   BK and Collections
PO Box 549
Aurora, IL  60507

Old Navy
Acct#: 9755
PO Box 530942
Atlanta , GA   30353-0260

People's Gas
Acct#: 1662
130 E. Randolph Dr.
Attn: Special Projects
Chicago,, IL  60601-9404

Pierce & Associates
Acct#: 1655
One North Dearborn  #1300
Chgo, IL  60603

Quin T Corporation
Acct#: 1714

Roaman's
Acct#: 1333
PO 659728
San Antonio, TX  78265

Sallie Mae
Acct#: 4501
POB  4600
Wilkes Barre, PA  18773-4600

Sams Club
Acct#: 7911
Po Box 530942
Atlanta , GA  30353-0260

Sander & Schaul

SBC Internet Services

Sears
Acct#: 1252
POB  182149
Columbus, OH  43218-2149

StAff Right
Acct#: 3-IN

Target National Bank
Acct#: 4490
PO Box 59317
Minneapois, MN  55459-0317

Target National Bank
Acct#: 3275
PO Box 59317
Minneapois, MN  55459-0317

The CIT Group/ Sales Financing
Acct#: 5133
715 S. Metropolitan Ave
PO Box 24330
Oklahoma , OK   73124

The Home Depot
Acct#: 0294
Processing Center
Des Moines , IA  50364

Uline
Acct#: 4540

United Milage Plus
Acct#: 2932
Cardmember Service
PO Box 15153
Wilmington , DE   19886

Verizon Wireless
Acct#: 7635
PO Box 790406
St. Louis, MO  63179-0406

Victorias Secret
Acct#: 0370
POB  659728
San Antonio, TX  78286-9728

Value City
Acct#: 1338
PO Box 659704
San Antonio, TX  78265-9558

Worldwide Express
Acct#: 1585