**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KRENZELAK, GEORGE K.<br>KRENZELAK, CINDY S.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-20658 PH<br><br>JUDGE Pamela S. Hollis |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 644
   Chicago, Illinois 60604

   on: **June 26, 2007**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $         70,170.53

   b. Disbursements                             $         33,901.43

   c. Net Cash Available for Distribution       $         36,269.10

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $6,383.53 | |

| | | | |
|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $8,856.00 | |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | | $958.01 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $440.00 | |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $294,538.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.67%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | World Financial Network National Bank Victoria's Secret | $ 577.01 | $ 38.47 |
| 3 | World Financial Network National Bank - Express World Financ | $ 1,759.48 | $ 117.27 |
| 4 | World Financial Network National Bank - Chadwicks World Fina | $ 419.06 | $ 27.93 |
| 7 | World Financial Network National Bank New York & Company | $ 150.93 | $ 10.06 |
| 8 | World Financial Network National Bank Brylane Homes | $ 661.68 | $ 44.10 |
| 9 | World Financial Network National Bank Lane Bryant Mail Order | $ 1,577.19 | $ 105.12 |
| 10 | World Financial Network National Bank Roaman's | $ 650.30 | $ 43.34 |
| 11 | Target National Bank (f.k.a. Retailers National Ba TARGET | $ 105.12 | $ 7.01 |
| 12 | SALLIE MAE TRUST | $ 25,047.61 | $ 1,669.47 |
| 13 | Kanthal | $ 1,700.00 | $ 113.31 |
| 14 | DISCOVER FINANCIAL SERVICES | $ 10,181.89 | $ 678.64 |
| 15 | Audio Amature Publi | $ 3,330.00 | $ 221.95 |
| 16 | Target National Bank (f.k.a. Retailers National Ba TARGET VI | $ 4,745.38 | $ 316.29 |
| 17 | Marshall Field | $ 3,130.24 | $ 208.64 |

| | | | | | |
|---|---|---|---:|---|---:|
| 18 | StAff Right | $ | 1,762.52 | $ | 117.48 |
| 19 | SALLIE MAE TRUST and SALLIE MAE EDUCATION CREDIT FINANCE COR | $ | 39,134.76 | $ | 2,608.41 |
| 20 | eCast Settlement Corporation | $ | 6,412.80 | $ | 427.43 |
| 21 | eCast Settlement Corporation | $ | 12,873.79 | $ | 858.06 |
| 22 | eCast Settlement Corporation | $ | 10,483.04 | $ | 698.71 |
| 23 | eCast Settlement Corporation | $ | 7,970.39 | $ | 531.24 |
| 24 | SMC c/o Carson Pirie Scott | $ | 455.21 | $ | 30.34 |
| 25 | Chase Bank USA NA | $ | 6,263.84 | $ | 417.50 |
| 26 | World Financial Network National Bank Value City Furniture | $ | 795.25 | $ | 53.00 |
| 27 | Charming Shoppes - Catherines | $ | 404.30 | $ | 26.95 |
| 28 | Kaneka High Tech Materials Inc | $ | 9,481.40 | $ | 631.95 |
| 30 | Citibank (USA) NA | $ | 5,773.65 | $ | 384.82 |
| 31 | Citibank USA NA Citibank USA NA | $ | 694.45 | $ | 46.29 |
| 32 | Merrick Bank | $ | 3,115.45 | $ | 207.65 |
| 33 | Household Finance Corporation | $ | 11,290.30 | $ | 752.52 |
| 34 | American Express Travel Related Services Co., Inc. | $ | 14,738.22 | $ | 982.33 |
| 35 | American Express Centurion Bank | $ | 25,621.52 | $ | 1,707.72 |
| 36 | American Express Travel Related Svcs Co | $ | 3,017.56 | $ | 201.13 |
| 37 | American Express Centurion Bank | $ | 15,051.26 | $ | 1,003.20 |
| 39 | Midwest Verizon Wireless | $ | 224.40 | $ | 14.96 |
| 40 | GE Consumer Finance For GE Money Bank | $ | 1,526.37 | $ | 101.74 |
| 41 | Recovery Management Systems Corporation For GE Money Bank | $ | 1,895.31 | $ | 126.33 |
| 42 | Recovery Management Systems Corporation For GE Money Bank | $ | 4,972.64 | $ | 331.44 |
| 43 | Recovery Management Systems Corporation For GE Money Bank | $ | 266.39 | $ | 17.76 |
| 44 | Recovery Management Systems Corporation For GE Money Bank | $ | 236.55 | $ | 15.77 |
| 45 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ | 6,040.84 | $ | 402.63 |
| 46 | US Bank SBLC - ART/PD-OR-PL220 | $ | 50,000.00 | $ | 3,332.60 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee

application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: Residence, checking account, 1997 Dodge Avenger Auto, 2003 Toyota Auto, 1998 Dodge Caravan.

Dated: **May 31, 2007**

For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    GLENN R. HEYMAN
Address:    135 S. LaSalle Street, #3705
            Chicago, IL  60603
Phone No.: (312) 641-6777

## SERVICE LIST

**GEORGE K. KRENZELAK & CINDY S. KRENZELAK**
**05 B 20658**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601