**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KRENZELAK, GEORGE K.<br>KRENZELAK, CINDY S.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-20658 PH<br><br>JUDGE Pamela S. Hollis |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 South Dearborn, Courtroom 644
          Chicago, Illinois 60604

    on:   **June 26, 2007**
    at:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $          70,170.53

    b. Disbursements                         $          33,901.43

    c. Net Cash Available for Distribution   $          36,269.10

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $6,383.53 | |

| | | | |
|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $8,856.00 | |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | | $958.01 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $440.00 | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $294,538.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.67%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | World Financial Network National Bank Victoria's Secret | $ 577.01 | $ 38.47 |
| 3 | World Financial Network National Bank - Express World Financ | $ 1,759.48 | $ 117.27 |
| 4 | World Financial Network National Bank - Chadwicks World Fina | $ 419.06 | $ 27.93 |
| 7 | World Financial Network National Bank New York & Company | $ 150.93 | $ 10.06 |
| 8 | World Financial Network National Bank Brylane Homes | $ 661.68 | $ 44.10 |
| 9 | World Financial Network National Bank Lane Bryant Mail Order | $ 1,577.19 | $ 105.12 |
| 10 | World Financial Network National Bank Roaman's | $ 650.30 | $ 43.34 |
| 11 | Target National Bank (f.k.a. Retailers National Ba TARGET | $ 105.12 | $ 7.01 |
| 12 | SALLIE MAE TRUST | $ 25,047.61 | $ 1,669.47 |
| 13 | Kanthal | $ 1,700.00 | $ 113.31 |
| 14 | DISCOVER FINANCIAL SERVICES | $ 10,181.89 | $ 678.64 |
| 15 | Audio Amature Publi | $ 3,330.00 | $ 221.95 |
| 16 | Target National Bank (f.k.a. Retailers National Ba TARGET VI | $ 4,745.38 | $ 316.29 |
| 17 | Marshall Field | $ 3,130.24 | $ 208.64 |

| | | | | | |
|---|---|---|---:|---|---:|
| 18 | StAff Right | $ | 1,762.52 | $ | 117.48 |
| 19 | SALLIE MAE TRUST and SALLIE MAE EDUCATION CREDIT FINANCE COR | $ | 39,134.76 | $ | 2,608.41 |
| 20 | eCast Settlement Corporation | $ | 6,412.80 | $ | 427.43 |
| 21 | eCast Settlement Corporation | $ | 12,873.79 | $ | 858.06 |
| 22 | eCast Settlement Corporation | $ | 10,483.04 | $ | 698.71 |
| 23 | eCast Settlement Corporation | $ | 7,970.39 | $ | 531.24 |
| 24 | SMC c/o Carson Pirie Scott | $ | 455.21 | $ | 30.34 |
| 25 | Chase Bank USA NA | $ | 6,263.84 | $ | 417.50 |
| 26 | World Financial Network National Bank Value City Furniture | $ | 795.25 | $ | 53.00 |
| 27 | Charming Shoppes - Catherines | $ | 404.30 | $ | 26.95 |
| 28 | Kaneka High Tech Materials Inc | $ | 9,481.40 | $ | 631.95 |
| 30 | Citibank (USA) NA | $ | 5,773.65 | $ | 384.82 |
| 31 | Citibank USA NA Citibank USA NA | $ | 694.45 | $ | 46.29 |
| 32 | Merrick Bank | $ | 3,115.45 | $ | 207.65 |
| 33 | Household Finance Corporation | $ | 11,290.30 | $ | 752.52 |
| 34 | American Express Travel Related Services Co., Inc. | $ | 14,738.22 | $ | 982.33 |
| 35 | American Express Centurion Bank | $ | 25,621.52 | $ | 1,707.72 |
| 36 | American Express Travel Related Svcs Co | $ | 3,017.56 | $ | 201.13 |
| 37 | American Express Centurion Bank | $ | 15,051.26 | $ | 1,003.20 |
| 39 | Midwest Verizon Wireless | $ | 224.40 | $ | 14.96 |
| 40 | GE Consumer Finance For GE Money Bank | $ | 1,526.37 | $ | 101.74 |
| 41 | Recovery Management Systems Corporation For GE Money Bank | $ | 1,895.31 | $ | 126.33 |
| 42 | Recovery Management Systems Corporation For GE Money Bank | $ | 4,972.64 | $ | 331.44 |
| 43 | Recovery Management Systems Corporation For GE Money Bank | $ | 266.39 | $ | 17.76 |
| 44 | Recovery Management Systems Corporation For GE Money Bank | $ | 236.55 | $ | 15.77 |
| 45 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ | 6,040.84 | $ | 402.63 |
| 46 | US Bank SBLC - ART/PD-OR-PL220 | $ | 50,000.00 | $ | 3,332.60 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee

        application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: Residence, checking account, 1997 Dodge Avenger Auto, 2003 Toyota Auto, 1998 Dodge Caravan.

Dated: **May 31, 2007**    For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    GLENN R. HEYMAN
Address:    135 S. LaSalle Street, #3705
              Chicago, IL 60603
Phone No.: (312) 641-6777

## **SERVICE LIST**

**GEORGE K. KRENZELAK & CINDY S. KRENZELAK**
**05 B 20658**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 3          Date Rcvd: May 31, 2007
Case: 05-20658                 Form ID: pdf002             Total Served: 116

The following entities were served by first class mail on Jun 02, 2007.
db         +George K Krenzelak,    14024 Charleston Dr,    Orland Park, IL 60462-2049
jdb        +Cindy S Krenzelak,    14024 Charleston Dr,    Orland Park, IL 60462-2049
aty        +A Stewart Chapman,    Pierce & Associates,    1 North Dearborn  Suite 1300,    Chicago, IL 60602-4331
aty        +Beth A Lehman,    Lehman & Fox,    6 E Monroe Suite 1004,    Chicago, IL 60603-2721
aty        +Horace Fox,   Lehman & Fox,    6 E Monroe St,    Ste 1004,    Chicago, IL 60603-2721
aty        +Lehaman  & Fox,    6 E. Monroe Suite 1004,    Chicago, IL 60603-2721
tr         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
cr         +GMAC Mortgage Corporation,    500 Enterprise Road, Suite 150,    Post Office Box 969,
             Horsham, PA 19044-0969
cr         +World Financial Network National Bank,    c/o Weinstein & Riley, P.S.,    2101 4th Ave, Ste 900,
             Mail Stop 550,   Seattle, WA 98121-2339
9380313    +AT&T,   Acct#: -001,    Bankruptcy Dept/Linda Adams,    6021 S Rio Grande Ave 1st flr,
             Orlando,, FL 32809-4613
9380308    +Accurate Wire & Insurance,    850 North Dupage Ave Unit 3,    Lombard, IL 60148-1250
9380309    +Allfoam Industries,    4415 W Harrison 320B,    Hillside, IL 60162-1910
9380310     American Express,    Acct#: 1004,    PO Box 360002,    Ft Lauderdale, FL  3336-0002
9380312     American Express,    Acct#: 2000,    pob 360002,    Ft Lauderdale, FL  33336-0002
9380311     American Express,    Acct#: 1002,    pob 360002,    Ft Lauderdale, FL  33336-0002
10492163    American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
10491292    American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
10492506    American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
             P.O. Box 3001 Malvern, PA 19355-0701
9380314    +Audio Amature Publi,    POB 876/305 Union Station,    Peterborough, NH 03458-0876
9380322     Bank One,   Acct#: 4677,    PO Box 15153,    Wilmington, DE  19886-5153
9380316     Bank One line of Credit,    Acct#: 1768,    POB 15153,    Wilmington , DE  19886-5153
9380317     Bank One line of Credit,    Acct#: 6172,    POB 15153,    Wilmington , DE  19886-5153
9380315     Bank One line of Credit,    Acct#: 4677,    POB 15153,    Wilmington , DE  19886-5153
9380318    +Best Buy,   Acct#: 5051,    POB  17298,    Baltimore, MD 21297-1298
9380319    +Brylane Home,    Acct#: 2118,    PO Box 659728,    San Antonio, TX 78265-9728
9380320    +Capital One,    Acct#: 2030,    PO BOX 790216,    St Louis, MO 63179-0216
9380321    +Capital One,    Acct#: 1571,    PO BOX 790216,    St Louis, MO 63179-0216
9380323     Cardmember Services,    Acct#: 2932,    PO Box 50882,    Henderson, NV  89016-0882
9380324    +Carson Pirie Scott,    Acct#: 0571,    PO Box 17633,    Baltimore, MD 21297-1633
9380325    +Catherines,    Acct#: 3502,    Processing Center,    Des Moines , IA 50364-0001
9380326    +Chadwick’s,    Acct#: 1587,    PO Box 659728,    San Antonio , TX 78265-9728
10432613    Charming Shoppes - Catherines,    c/o First Express,    POB 856044,    Louisville, KY 40285-6044
10018046    Chase Bank USA NA,    Circuit City Private Label,    POB 100018,    Kennesaw, GA 30156-9204
9380327    +Chase Card Member,    Acct#: 2842,    PO Box 94011,    Palatine, IL 60094-4011
9380328     Citfinancial,    Acct#: 3004,    POB 8020,    South Hackensack, NJ  076068020
9380329    +Citi Cards,    Acct#: 9217,    PO Box 688910,    Des Moines , IA 50368-8910
10441229   +Citibank (USA) NA,    POB 182149,    Columbus, OH 43218-2149
10445094   +Citibank USA NA,    Citibank USA NA,    DBA: The Home Depot,    POB 9025,    Des Moines, IA 50368-9025
9380330     Citifinancial,    Acct#: 3004,    PO Box 8020,    South Hackensack, NJ  07606-8019
9380331     Citiwaste, Inc,    POB 9001154,    Louisville, KY 40290-1154
9380332    +ComEd,   PO Box 87522,    Chicago, IL 60680-0522
9380333    +Darvin Furniture,    Acct#: 0481,    Retail Services,    PO Box 17602,    Baltimore , MD 21297-1602
9380334    +Direct Merchants Bank,    Acct#: 3407,    POB  21550,    Tulsa, OK 74121-1550
9380337    +EXpress,    Acct#: 7096,    PO Box 659728,    San Antonio, TX 78265-9728
9380336    +Electrolock,    POB 72488,    Cleveland, OH 44192-0002
9380338    +First Consumer National Bank,    Acct#: 6790,    PO Box 2638,    Omaha, NE 68103-2638
9380339     First Star,    6120 S Sayer Ave,    Chicago, IL 60638-3912
10437341    GE Consumer Finance,    POB 960061,    Orlando, FL 32896-0061
10501798   +GE Consumer Finance,    For GE Money Bank,    dba BERNINA A,    P.O. Box 960061,
             Orlando, Florida 32896-0061
9380340    +GE Money Bank,    Acct#: 3994,    PO Box 960061,    Orlando , FL 32896-0061
9380341    +HFC,   Acct#: 2726,    PO box 17574,    Baltimore , MD 21297-1574
9380342     Home Depot,    Acct#: 0294,    PO Box 105980 Dept 51,    Atlanta, GA  30353-5980
9380343    +Home shopping network,    Acct#: 5362,    PO Box 530993,    Atlanta, GA 30353-0993
10479064    Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,
             P.O. Box 35480 Newark, NJ  07193-5480
9380344     Impac % Countrywide Home Loans,    Acct#: 1655,    650070,    Dallas, TX  75265-0070
9380345    +JC Penney,    Acct#: 9391,    Po Box 530945,    Atlanta, GA 30353-0945
9380346    +Jessup Manufacturing,    Acct#: 3950,    1701 Rockland Rd,    Lake Bluff, IL 60044-1450
9468395    +Kaneka High Tech Materials Inc,    6161 Underwood Rd,    Pasadena, TX 77507-1096
9380349    +Kanthal,    Acct#: 0500,    1 Commerce Blvd/POB 352440,    Palm Coast, FL 32135-2440
9468396    +Kanthal Palm Coast,    c/o NCO Financial,    POB 41593,    Philadelphia, PA 19101-1593
9380350    +Lane Brayant,    Acct#: 2517,    PO Box 659728,    San Antonio, TX 78265-9728
9380351    +M&M BOX Partition,    Acct#: e220,    4141 W Grand Ave,    Chicago, IL 60651-1804
9858344    +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
9380352     Marshall Fields Credit/741,    Acct#: 2726,    PO Box 59231,    Minneapolis, MN  55459-0231
9380353     Marshall Fields Credit/741,    Acct#: 8421,    c/o Dayton Hudson Guest Credit,
             Mail Stop 3C-K 3701 Wayzata Bl,    Minneapolis,, MN  55416
10469677   +Merrick Bank,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
             Seattle, WA 98121-2339
9380354     Merrick Bank,    Acct#: 0814,    PO Box 5721,    Hicksville, NY  11802-5721
10493808   +Midwest Verizon Wireless,    c/o AFNI/Verizon Wireless,    404 Brock Drive,
             Bloomington, IL 61701-2654
9380355     Minolta Buisness,    Acct#: 0412,    POB 7247-0322,    Philadelphia, PA 19170-0322
9380356    +Nautilus,    Acct#: 5981,    Retail Services,    PO Box 17602,    Baltimore  mD 21297-1602
```

```
District/off: 0752-1          User: amcc7                  Page 2 of 3                   Date Rcvd: May 31, 2007
Case: 05-20658                Form ID: pdf002              Total Served: 116


9380357       +New Port News,   Acct#: 8709,    Card processing center,   PO box 5811,
                Hicksville , HY   11802-5811
9380358       +New York & Co.,   Acct#: 7696,   PO Box 659728,   San Antonio, TX 78265-9728
9380360       +Old Navy,    Acct#: 9755,   PO Box 530942,   Atlanta , GA 30353-0942
9380361       +Peoples Energy,   Acct#: 1662,   130 E. Randolph Dr.,   Attn: Special Projects,
                Chicago,, IL 60601-6207
9380362       +Pierce & Associates,   Acct#: 1655,   One North Dearborn #1300,   Chgo, IL 60712
9468440        Quin T Corporation/IPT,   One Paper Trial,   Tilton, NH 03276-0739
10501800      +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
10501801      +Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
10501802      +Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
10501799      +Recovery Management Systems Corporation,   For GE Money Bank,   dba HOME SHOPPING NETWORK,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
9380364       +Roaman's,    Acct#: 1333,   PO 659728,   San Antonio, TX 78265-9728
9836720       +SALLIE MAE TRUST,   C/O SALLIE MAE INC,   220 LASLEY AVE,   WILKES-BARRE, PA 18706-1496
9940184       +SALLIE MAE TRUST and,   SALLIE MAE EDUCATION CREDIT FINANCE CORP,   c/o Sallie Mae, Inc.,
                220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
9380368       +SBC Internet Services,   4865 Collections Center Drive,   Chicago, IL 60693-0048
10004033      +SMC c/o Carson Pirie Scott,   BOX 19249,   SUGARLAND TX 77496-9249
9380365        Sallie Mae,   Acct#: 4501,   POB  4600,   Wilkes Barre, PA  18773-4600
9380366       +Sams Club,   Acct#: 7911,   Po Box 530942,   Atlanta , GA 30353-0942
9380367       +Sander & Schaul,   1825 Hicks Rd Suite 13,   Rolling Meadows, IL 60008-1273
9380369        Sears,   Acct#: 1252,   POB  182149,   Columbus, OH  43218-2149
9380370       +StAff Right,   Acct#: 3-IN,   4602 S Pulaski Rd,   Chicago, IL 60632-4038
9380371        Target National Bank,   Acct#: 3275,   PO Box 59317,   Minneapolis, MN  55459-0317
9380372        Target National Bank,   Acct#: 4490,   PO Box 59317,   Minneapolis, MN  55459-0317
9832604       +Target National Bank (f.k.a. Retailers National Ba,   TARGET,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9852068       +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9380373       +The CIT Group/ Sales Financing,   Acct#: 5133,   715 S. Metropolitan Ave,   PO Box 24330,
                Oklahoma , OK 73124-0330
9380374       +The Home Depot,   Acct#: 0294,   Processing Center,   Des Moines , IA 50364-0001
10502438      +US BANK CORP/RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
10493120      +US Bank,   SBLC - ART/PD-OR-PL220,   Attn MP Curran,   P O Box 4412,   Portland, OR 97208-4412
9380375        Uline,   Acct#: 4540,   2200 S Lake Drive,   Waukegan, IL 60085
9380376       +United Milage Plus,   Acct#: 2932,   Cardmember Service,   PO Box 15153,
                Wilmington , DE 19886-5153
9380379       +Value City,   Acct#: 1338,   PO Box 659704,   San Antonio, TX 78265-9704
9380378       +Victorias Secret,   Acct#: 0370,   POB  659728,   San Antonio, TX 78265-9728
9821118       +World Financial Network National Bank,   Roaman's,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9821117       +World Financial Network National Bank,   Lane Bryant Mail Order,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9819697       +World Financial Network National Bank,   New York & Company,
                World Financial Network National Bank,   c/o Weinstein & Riley, P.S.,
                2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
9821113       +World Financial Network National Bank,   Brylane Homes,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9819685        World Financial Network National Bank,   Victoria's Secret,
                World Financial Network National Bank,   c/o Weinstein & Riley, P.S.,
                2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
10325229      +World Financial Network National Bank,   Value City Furniture,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9819684       +World Financial Network National Bank - Chadwicks,   World Financial Network National Bank,
                c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
9819687       +World Financial Network National Bank - Express,   World Financial Network National Bank,
                c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
9380380       +Worldwide Express,   Acct#: 1585,   130 S Bemiston Ave #700,   St Louis, Mo 63105-1928
9941386        eCast Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480

The following entities were served by electronic transmission on Jun 01, 2007.
9851486       +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 01 2007 01:50:06      DISCOVER FINANCIAL SERVICES,
                PO BOX 8003,   HILLIARD, OH 43026-8003
9380335       +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 01 2007 01:50:06      Discover,   Acct#: 0415,
                PO Box 30395,   Salt Lake City, UT 84130-0395
9380359       +E-mail/Text: bankrup@nicor.com                            NICOR,   Attn:   BK and Collections,
                PO Box 549,   Aurora, IL 60507-0549
9380377        E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 01 2007 02:00:09      Verizon Wireless,
                Acct#: 7635,   PO Box 790406,   St. Louis, MO  63179-0406
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Christopher LoPalo
acc           Lois West,   Popowcer Katten, Ltd.
9380347       Jessup Manufacturing,   Acct#: /111
9380348       Kaneka High School,   Acct#: 4686
9380363       Quin T Corporation,   Acct#: 1714
```

```
District/off: 0752-1         User: amcc7              Page 3 of 3              Date Rcvd: May 31, 2007
Case: 05-20658               Form ID: pdf002          Total Served: 116

aty*         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
cr*           eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
11123028*     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
11123029*     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
                                                                                       TOTALS: 5, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2007**              **Signature:**    _Joseph Speetjens_